UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| CHARLES WESLEY BAKER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CAUSE NO.   3:02-CV-373 RM |
| v. | ) | |
| | ) | and also CAUSE NO. |
| MATT BLANK, *et al.*, | ) | 3:01-CV-600 RM |
| | ) | |
| Defendants | ) | |

OPINION AND ORDER

The Warden of USP Terre Haute, having shown cause, is now **DISCHARGED** from any further obligation pursuant to the order to show cause dated May 9, 2005. This order does not alter the agency's ongoing obligation to continue to comply with the order of April 4, 2005 concerning the payment of filing fees for **Charles Wesley Baker, #01057-027**.

SO ORDERED.

ENTERED: May  31 , 2005

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court